**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIE YAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, ET AL.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-08828-FWS-KS<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION [10]**<br><br>Honorable Fred W. Slaughter<br>United States District Judge |

///

///

///

Having read and considered the Parties' Joint Stipulation to Stay the Case Pending Adjudication of Application [10] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The instant action shall be **STAYED** from the date of this Order until **July 10, 2023**; and
2. If this action has not been dismissed on or before July 10, 2023, the parties shall file a joint status report with the court on or before July 17, 2023.

**IT IS SO ORDERED**.

Dated: January 27, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2